In the Matter of the Petition of HENRIETTA J. TRYBOM, Executrix, etc., of JAMES O. TRYBOM, Deceased, to Obtain a Determination as to the Construction or Effect of a Disposition of Property Contained in the Last Will and Testament of JAMES O. TRYBOM, Deceased. HENRIETTA J. TRYBOM, as Executrix, etc., of JAMES O. TRYBOM, Deceased, Respondent; DOROTHY M. HANNIGAN, Appellant.—

Decree of the Surrogate's Court of Westchester county construing paragraph numbered second of the will and declaring the bequest therein mentioned ineffective and void unanimously affirmed, with costs, payable out of the estate, to all parties filing briefs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.